UNITED STATES BANKRUPTCY COURT    WESTERN DISTRICT OF WISCONSIN

In re

Randall L. Meinholz and
Sandra E. Meinholz ,

Case No. 3-10-17818-rdm

Debtors.

## Motion to Avoid Lien of Asset Acceptance LLC

The debtors hereby move the court for an order avoiding a lien as follows. Unless an objection and request for hearing are filed with the court and served on the debtors and trustee within 21 days of the date hereof, the motion may be granted without further proceedings. The addresses are:

Ms. Marcia M. Anderson
Clerk of Bankruptcy Court
Federal Building
P.O. Box 548
Madison, WI  53701

Kenneth J. Doran
Doran Law Offices
2101 Fox Avenue
Madison, WI  53711-1920

Mr. William A. Chatterton
Chapter 13 Trustee
P.O. Box 631
Madison, WI  53701

### Motion

The debtors hereby moves the court to avoid any lien of Asset Acceptance LLC on the real estate described in Exhibit A hereto..

The grounds for the motion are that any lien of the creditor is a judicial lien on otherwise exempt property, and is avoidable pursuant to 11 U.S.C. §522(f).

Dated this 29th day of November, 2010.

/s/Kenneth J. Doran
Attorney for Randall L. Meinholz
and Sandra E. Meinholz

UNITED STATES BANKRUPTCY COURT    WESTERN DISTRICT OF WISCONSIN

In re

Randall L. Meinholz and
Sandra E. Meinholz ,

        Debtors.

Case No. 3-10-17818-rdm

---

STATE OF WISCONSIN)
               ) ss
County of Dane    )

    Kenneth J. Doran, under penalty of perjury pursuant to Bankruptcy Rule 1008, deposes and says:

    1. As attorney for the debtors in this matter, I have examined the claims docket documents and inquired of the debtors relating to the claim of Asset Acceptance LLC.

    2. Respondent held a money judgment against one or more movant, as shown in Exhibit B attached.

    3. The claim is not secured other than by a judgment lien or potential judgment lien on the real estate of the debtors.

    4. All such real estate is fully exempt, and any such lien is avoidable pursuant to 11 U.S.C. §522(f).

    Dated this 29th day of November, 2010.

                             /s/Kenneth J. Doran
                             Kenneth J. Doran
                             2101 Fox Avenue
                             Madison, WI  53711-1920
                             (608) 255-2409

UNITED STATES BANKRUPTCY COURT     WESTERN DISTRICT OF WISCONSIN

In re

Randall L. Meinholz and
Sandra E. Meinholz,

            Debtors.

Case No. 3-10-17818-rdm

Affidavit of Service

---

    I hereby certify under penalty of perjury pursuant to Bankruptcy Rule 1008 that I this date have served a motion to avoid lien dated 29th day of November, 2010, on the parties stated below by first class mail.

    Mr. William A. Chatterton
    by electronic filing

    Asset Acceptance LLC
    28405 Vandyke Ave.
    Warren, MI 48093

    Tilleson, Joel
    Kohn Law Firm
    312 E. Wisconsin Ave. 501
    Milwaukee, WI 53202-4305

    Dated this 29th day of November, 2010.

                             /s/Kenneth J. Doran
                             Kenneth J. Doran
                             Attorney for Randall L. Meinholz
                                           and Sandra E. Meinholz
                             Doran Law Offices
                             2101 Fox Avenue
                             Madison, WI 53711-1920

UNOFFICIAL COPY

000389

Parcel A:
Part of the West ½ of the South ½ of the Southwest ¼ of the Northwest ¼ of Section 18, Town 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin, described as follows: Commencing at the West quarter corner of said Section 18; thence East along the quarter line 638.30 feet; thence North 2 degrees 30' East 9.55 feet to the centerline of County Trunk Highway "A" and the point of beginning of this description; thence continuing North 2 degrees 30' East 435.00 feet to an iron stake; thence South 89 degrees 09' West 113.02 feet to an iron stake; thence South 0 degrees 51' East 434.26 feet to the centerline of County Trunk Highway "A"; thence North 89 degrees 09' East along said center line 87.60 feet to the point of beginning.

Parcel B:
A part of the Southwest ¼ of the Northwest ¼ of Section 18, Township 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin: Commencing at the West ¼ corner of said Section 18; thence East 638.30 feet along the East-West quarter line; thence North 2 degrees 30' East, 9.55 feet to the traveled centerline of County Trunk Highway "A"; thence South 89 degrees 09' West, 87.60 feet along said centerline to the point of beginning; thence continuing South 89 degrees 09' West, 100.00 feet along said centerline; thence North 0 degrees 51' West, 434.26 feet; thence North 89 degrees 09' East, 100.00 feet; thence South 0 degrees 51' East, 434.26 feet to the centerline of County Trunk Highway "A" and the point of beginning, together with all lands lying Southerly of the centerline of County Trunk Highway "A" to the East-West Quarter line of the above described lands. Said parcel is subject to a roadway over the Southerly side thereof known as County Trunk Highway "A".

A part of the Southwest ¼ of the Northwest ¼ of Section 18, Township 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin. All lands lying Southerly of the traveled centerline of County Trunk Highway "A" to the East-West Quarter line. Southerly of lands described in Volume 741 of Deeds, page 189, as Document No. 1049846, Dane County Registry, subject to a roadway known as County Trunk Highway "A".

Exhibit A



| Simple Search | Advanced Search | Judgment Search | Reports | FAQs |
|---|---|---|---|---|
| Pay Fees Online | View Cart (0 items) | Links | Help | Home |

Wisconsin Circuit Court Access (WCCA)

Previous Return to List Next

Printable Version (PDF)

## Civil Judgment(s)

What is RSS? RSS

### Judgment for money

| County | Case Number | Case Caption |
|---|---|---|
| Dane | 2009CV000204 | Asset Acceptance LLC vs. Randall L Meinholz |
| **Judgment/Lien Date** | **Total Amount** | **Warrant Number** |
| 03-17-2009 | $ 38,741.57 | |
| **Date and Time Docketed** | **Service/Event Date** | |
| 03-17-2009 at 10:12 am | | |

| Satisfaction | Judgment Status | Date | Type Of Tax |
|---|---|---|---|
| No | | | |

**Property/Remarks**

**Judgment Parties**

| Party Type | Name | Dismissed | Status | Address | Attorney Name |
|---|---|---|---|---|---|
| Creditor | Asset Acceptance LLC | No | Active | 28405 Vandyke Ave, Warren, MI 48093 | Tilleson, Joel S |
| Debtor | Meinholz, Randall L | No | Active | 1570 Cty Rd A, Edgerton, WI 53534 | |

**Costs / Amounts**

| Description | Amount |
|---|---|
| Attorney fee | $ 250.00 |
| Costs and Disbursements | $ 311.00 |
| Judgment amount | $ 37,148.11 |
| Pre-judgment interest | $ 1,032.46 |

---

### Judgment for money

| County | Case Number | Case Caption |
|---|---|---|
| Dane | 2009CV000204 | Asset Acceptance LLC vs. Randall L Meinholz |
| **Judgment/Lien Date** | **Total Amount** | **Warrant Number** |
| 07-15-2010 | $ 45,512.08 | |
| **Date and Time Docketed** | **Service/Event Date** | |
| 07-15-2010 at 03:18 pm | | |

| Satisfaction | Judgment Status | Date | Type Of Tax |
|---|---|---|---|
| No | | | |

**Property/Remarks**

**Judgment Parties**

| Party Type | Name | Dismissed | Status | Address | Attorney Name |
|---|---|---|---|---|---|
| Creditor | Asset Acceptance LLC | No | Active | 28405 Vandyke Ave, Warren, MI 48093 | Tilleson, Joel S |
| Debtor | Meinholz, Randall L | No | Active | 1570 Cty Rd A, Edgerton, WI 53534 | |

Exhibit B

UNOFFICIAL COPY

Parcel A:
Part of the West ½ of the South ½ of the Southwest ¼ of the Northwest ¼ of Section 18, Town 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin, described as follows: Commencing at the West quarter corner of said Section 18; thence East along the quarter line 638.30 feet; thence North 2 degrees 30' East 9.55 feet to the centerline of County Trunk Highway "A" and the point of beginning of this description; thence continuing North 2 degrees 30' East 435.00 feet to an iron stake; thence South 89 degrees 09' West 113.02 feet to an iron stake; thence South 0 degrees 51' East 434.26 feet to the centerline of County Trunk Highway "A"; thence North 89 degrees 09' East along said center line 87.60 feet to the point of beginning.

Parcel B:
A part of the Southwest ¼ of the Northwest ¼ of Section 18, Township 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin: Commencing at the West ¼ corner of said Section 18; thence East 638.30 feet along the East-West quarter line; thence North 2 degrees 30' East, 9.55 feet to the traveled centerline of County Trunk Highway "A"; thence South 89 degrees 09' West, 87.60 feet along said centerline to the point of beginning; thence continuing South 89 degrees 09' West, 100.00 feet along said centerline; thence North 0 degrees 51' West, 434.26 feet; thence North 89 degrees 09' East, 100.00 feet; thence South 0 degrees 51' East, 434.26 feet to the centerline of County Trunk Highway "A" and the point of beginning, together with all lands lying Southerly of the centerline of County Trunk Highway "A" to the East-West Quarter line of the above described lands. Said parcel is subject to a roadway over the Southerly side thereof known as County Trunk Highway "A".

A part of the Southwest ¼ of the Northwest ¼ of Section 18, Township 5 North, Range 12 East, in the Town of Albion, Dane County, Wisconsin. All lands lying Southerly of the traveled centerline of County Trunk Highway "A" to the East-West Quarter line. Southerly of lands described in Volume 741 of Deeds, page 189, as Document No. 1049846, Dane County Registry, subject to a roadway known as County Trunk Highway "A".